IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHELBY STUART LAUGHTON, #54071-177, Petitioner, | § § § § | |
| v. | § | CIVIL CASE NO. 3:21-CV-170-N-BK |
| WARDEN OF FCI SEAGOVILLE, Respondent. | § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 28th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE